Link to [36]

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITA PEDROZA,<br><br>     Plaintiff,<br><br>v.<br><br>AMERICAN NATIONAL RED CROSS, a District of Columbia nonprofit corporation; AMERICAN RED CROSS OF CALIFORNIA, a California nonprofit corporation; and DOES 1 through 50, Inclusive,<br><br>     Defendants.<br>_____ | Case No.: 2:20-cv-05684-RGK-JPR<br><br>(Hon. R. Gary Klausner)<br><br>**[PROPOSED] ORDER RE: STIPULATION FOR CONDITIONAL DISMISSAL WITH COURT RETAINING JURISDICTION OVER SETTLEMENT ENFORCEMENT PURSUANT TO FRCP 41(A)(2);**<br><br>**Complaint Filed:**     4/14/20<br>**Current Trial Date:**   7/13/21 |

# [PROPOSED] ORDER

GOOD CAUSE HAVING BEEN SHOWN,

The Matter will be conditionally dismissed, with the Court retaining jurisdiction over settlement enforcement through June 24, 2021. Should there be a filing regarding settlement enforcement by either party on or before June 24, 2021, the Court's jurisdiction will continue for a sufficient period of time to adjudicate or otherwise resolve that matter. In the absence of such a filing by June 24, 2021, settlement enforcement jurisdiction will extinguish on June 25, 2021, and the matter may be dismissed with prejudice on that or any subsequent date by the Court.

IT IS SO ORDERED.

Dated: _June 8_, 2021

_____
Hon. R. Gary Klausner
United States District Judge

[PROPOSED] ORDER RE: STIPULATION FOR CONDITIONAL DISMISSAL WITH
SETTLEMENT ENFORCEMENT JURISDICTION RETAINED BY COURT