# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITA PEDROZA,<br><br>　　　Plaintiff,<br><br>v.<br><br>AMERICAN NATIONAL RED CROSS, a District of Columbia nonprofit corporation; AMERICAN RED CROSS OF CALIFORNIA, a California nonprofit corporation; and DOES 1 through 50, Inclusive,<br><br>　　　Defendants. | Case No.: 2:20-cv-05684-RGK-JPR<br><br>(Hon. R. Gary Klausner)<br><br>**ORDER RE STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO FED.R.CIV.PROC. 41(a)(1)(A)(ii)** |

1
ORDER RE STIPULATION FOR DISMISSAL OF ENTIRE ACTION
WITH PREJUDICE PURSUANT TO FED.R.CIV.PROC. 41(a)(1)(A)(ii)
Case No.: 2:20-cv-05684-RGK-JPR

LEGAL02/40730674v1

Having read and considered the Parties' Plaintiff Margarita Pedroza and Defendant American National Red Cross's Stipulation for Dismissal of Entire Action with Prejudice Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and good cause appearing therefore, IT IS HEREBY ORDERED that the above-entitled action be dismissed in its entirety with prejudice.

IT IS SO ORDERED.

Dated: July 19, 2021

*/s/ Gary Klausner*
Hon. R. Gary Klausner
United States District Judge

2
ORDER RE STIPULATION FOR DISMISSAL OF ENTIRE ACTION
WITH PREJUDICE PURSUANT TO FED.R.CIV.PROC. 41(a)(1)(A)(ii)
Case No.: 2:20-cv-05684-RGK-JPR

LEGAL02/40730674v1